[Civil No. 356.]

## JAMES H. WRIGHT, Petitioner, v. THOMAS HUGHES, Auditor, Respondent.

ORIGINAL APPLICATION for a Writ of Mandamus.

Baker & Campbell, for Petitioner.

William Herring, Attorney-General, for Respondent.

January 12, 1893.　Writ issued.

---

[Criminal No. 68.]

## TERRITORY OF ARIZONA, Respondent, v. JOHN DAVIS, Appellant.

APPEAL from the District Court of the First Judicial District in and for the County of Pima.　R. E. Sloan, Judge.

Allen R. English, and W. M. Lovell, for Appellant.

William Herring, Attorney-General, Frank Hereford, District Attorney, and William H. Barnes, and J. H. Martin, for Respondent.

January 25, 1893.　Affirmed.

---

[Criminal No. 67.]

## TERRITORY OF ARIZONA, Respondent, v. BAT-DISH-BAK-ET-CTE GUADALUPI et al., Appellants.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila.

W. H. Griffin, and T. B. McCabe, for Appellants.

J. D. McCabe, for Respondent.

January 25, 1893.　Affirmed.